IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL ABRAHAM, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC., a Minnesota registered corporation,<br><br>*Defendant.* | Case No.<br><br>CLASS ACTION COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

## **CLASS ACTION COMPLAINT**

Plaintiff Michael Abraham ("Plaintiff Abraham" or "Abraham") brings this Class Action Complaint and Demand for Jury Trial against Defendant Diversified Adjustment Service, LLC ("Defendant" or "Diversified Adjustment Service") to stop the Defendant from violating the Telephone Consumer Protection Act ("TCPA") by placing pre-recorded calls without consent. Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Abraham, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

### **PARTIES**

1. Plaintiff Michael Abraham is a resident of Payson, Arizona.

2. Defendant Diversified Adjustment Service is a Minnesota registered corporation headquartered in Minneapolis, Minnesota. Defendant Diversified Adjustment Service conducts business throughout this District and throughout Arizona.

1

**JURISDICTION AND VENUE**

3. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4. This Court has personal jurisdiction over the Defendant because the Defendant has its headquarters in this District and makes calls from this District.

5. Venue is proper in this District under 28 U.S.C. § 1391(b) because the Defendant has its headquarters in this District, and the wrongful conduct giving rise to this case was directed by Defendant from this District.

**INTRODUCTION**

6. As the Supreme Court explained at the end of its term this year, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants,* No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

7. When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

8. By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

9. The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

10. According to online robocall tracking service "YouMail," 4.3 billion robocalls were placed in July 2024 alone, at a rate of 138.6 million per day. www.robocallindex.com (last visited August 6, 2024).

11. The FCC also has received an increasing number of complaints about unwanted calls. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

12. "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

13. "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

**COMMON ALLEGATIONS**

14. Defendant Diversified Adjustment Service is a third-party debt recovery corporation that collects outstanding debts from consumers.[3]

15. Diversified Adjustment Service places debt collection calls to consumers throughout the U.S.

16. Defendant Diversified Adjustment Service places pre-recorded calls to consumers as part of its debt collection practice.

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls
[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://www.linkedin.com/company/diversified-adjustment-service-inc-/about/

17. Consumers have captured and posted pre-recorded calls they received from Diversified Adjustment Service online, many of which match the call the Plaintiff received, including:



[4] [5]

[6]

---

[4] https://www.nomorobo.com/lookup/844-836-7228
[5] https://nomorobo-twilio-recordings.s3.amazonaws.com/honeypot/18678fe2-534c-11ef-b993-0050569b5702
[6] https://directory.youmail.com/phone/844-836-7228

4

**Typical Messages**

🎙 Please hold while we connect you to a representative. Please hold while we connect you to a representative. Please hold while we connect you to a representative.

🎙 Lease hold while we connect you to a representative please hold while we connect we're sorry, but we are temporarily unable to connect you with a representative. However, your call is very important to us please call back 22056230602. Thank you.

🎙 Please hold while we connect you to a representative. If this is Diane Nelson calling from Diversified Adjustment Service. Please call me at 844-349-2203. [7]

18. Diversified Adjustment Service uses skip tracing to identify and call consumer phone numbers, as the company states explicitly on its website:

# Efficient – Timely – Accurate

Diversified combines real-time data with advanced skip tracing tools for collections to increase your recovery rate. To guarantee maximum recovery, Diversified performs skip tracing on every account assigned for collection, regardless of balance and free of charge. Our real-time connectivity to multiple information providers represents over 95% of US consumers and businesses, enabling us to quickly and accurately locate your customers and collect more money for you. Experience and knowledge are what get results and results are what we deliver. Our success rate of finding people is unparalleled in the industry!

In addition dedicated in-house skip-tracing personnel conduct numerous supplementary skip-tracing efforts based on account balance. Diversified will locate more of your consumer and business accounts efficiently, timely, and accurately. [8]

19. As a result of its skip tracing practices, Diversified Adjustment Service by definition did not first obtain consent from the consumers to send them prerecorded calls.

---

[7] https://directory.youmail.com/phone/844-735-9449
[8] https://diversifiedadjustment.com/solutions/skip-tracing/

5

20. Consumers have posted complaints and reports online claiming that they received unwanted calls from Defendant Diversified Adjustment Service that were intended for a different consumer, as per Plaintiff's experience, including:

- "Left msg saying, This is Diane Nelson calling from diversified adjustment service . Please contact me at 8 4 4- 3 4 9- 2 2 0 4 ….'.
  I don't have any overdue bills, so blocked both numbers."[9]

- "Identical message from Diane Nelson at Diversified Adjustment Services but the originating number is 855 787 6733.  Call back number in the voice mail is 844 349 2204.   "Diane" has called multiple times; I don't answer or call back. I don't have any outstanding delinquent debts. A reputable collection agency would state who they were calling for, the reason and other details,  More importantly, they would contact by US mail in writing."[10]

- "These people are trash, they only ask for someone and keep saying that they will try later if you say …. No one is here with that name or last name or if you ask nicely to be left alone"[11]

- "If I could leave a zero star review I would. This company has repeatedly called and harassed me looking for someone who does not have my phone number. I have had the same number for 15 years. There is no reason my number should be attached to someone else name. Not to mention each time I asked what the company was, they hung up on me. Not a single person would send me to a supervisor or explain to me what the companies purpose is…"[12]

- "I've been recieving calls from these people for over a month. I don't answer any of them and it makes absolutely no sense that I am recieiving calls from a debt collector because I am 17 years old and I don't pay any expenses."[13]

- "These people call me at least 6 times a day for a debt that is not mine...I have sent them the info they need to show they are calling the wrong person but they just keep calling and when I ask them to stop they just hang up on me. I have never dealt with a more unprofessional company in my life. Doesn't matter how many times or how nicely you ask, they will be rude, hang up on you, and never leave you alone. There is a class action lawsuit against them bc they are calling people like this illegally."[14]

---

[9] https://800notes.com/Phone.aspx/1-844-349-2204
[10] Id.
[11] https://800notes.com/Phone.aspx/1-844-836-7228
[12] https://www.google.com/search?sca_esv=c4e7bb82b2dd4a21&q=Diversified+Adjustment+Service,+Inc
[13] Id.
[14] Id.

21. In response to these calls, Plaintiff Abraham brings this case seeking injunctive relief requiring the Defendant to cease from violating the TCPA, and an award of statutory damages to the members of the Class and costs.

## PLAINTIFF ABRAHAM'S ALLEGATIONS

22. Plaintiff Abraham is the sole owner and user of his cell phone number ending in 1269.

23. Plaintiff Abraham has owned this cell phone number for 20 years.

24. Plaintiff's 1008 phone number forwards all calls to his personal cell phone number ending in 1269.

25. Throughout 2024, Plaintiff Abraham has been receiving pre-recorded debt collection calls to his cell phone ending in 1269.

26. For example, Plaintiff received a call to his cell phone from 844-836-7228 on April 24, 2024.

27. This call was not answered but a pre-recorded voicemail was left identifying the company name Diversified Adjustment Service.

28. When 844-836-7228 is called, it is answered by an employee who identifies the company name Diversified Adjustment Service.[15]

29. Plaintiff received another call from 844-836-7228 on April 29, 2024.

30. This call was not answered but an identical pre-recorded voicemail was left identifying the company name Diversified Adjustment Service.

31. Plaintiff Abraham called 844-836-7228 on April 29, 2024.

---

[15] Based on an investigation conducted by Plaintiff's employees

7

32. The call was answered by an employee who identified the company name Diversified Adjustment Service.

33. Plaintiff Abraham told the employee that he was receiving calls and voicemails, and that he wasn't sure why he was receiving the calls.

34. The employee told Plaintiff that his cell phone number is not in Defendant's call system.

35. Plaintiff Abraham asked the employee to ensure that the calls will stop and the call was ended.

36. Despite his stop request, Plaintiff Abraham received additional unwanted calls from Diversified Adjustment Service on:

- April 30, 2024 from 844-836-7228;
- May 6, 2024 from 844-836-7228;
- May 7, 2024 844-836-7228; (twice)
- May 8, 2024 from 844-836-7228;
- May 9, 2024 from 844-836-7228;
- May 15, 2024 from 844-836-7228;
- May 21, 2024 from 844-836-7228;
- May 22, 2024 from 844-836-7228;
- May 28, 2024 from 844-836-7228; and
- May 29, 2024 from 844-836-7228.

37. Each of the aforementioned calls was not answered, but an identical pre-recorded voicemail was left.

38. All of the calls that Plaintiff Abraham received up to May 15, 2024 displayed the name Dvsfd Adj Svc. On May 21, 2024 the calls began displaying Dasi.net:



39. Dasi.net forwards to diversifiedadjustment.com.[16]

40. On May 29, 2024, Plaintiff Abraham called 844-836-7228 again.

41. As with the previous call, Plaintiff Abraham spoke to an employee about the calls that he was receiving.

42. The employee told Plaintiff that Defendant was not calling Plaintiff's cell phone number.

43. The employee did tell Plaintiff Abraham that Defendant has a similar phone number in its system ending in 1269.

44. Plaintiff Abraham received additional unwanted calls from Diversified Adjustment Service on:

---

[16] https://sur.ly/i/dasi.net/#google_vignette

- May 30, 2024 from 844-836-7228;
- July 2, 2024 from 844-836-7228;
- July 18, 2024 from 844-836-7228;
- July 22, 2024 from 844-836-7228;

45. Each of the aforementioned calls was not answered, but an identical pre-recorded voicemail was left.

46. On July 22, 2024, Plaintiff Abraham called 844-836-7228 again.

47. As with the previous calls, Plaintiff Abraham spoke to an employee about the calls that he was receiving.

48. The employee told Plaintiff that Defendant was not calling either of his cell phone numbers.

49. On July 23, 2024 at 8:18 PM, Plaintiff Abraham received a call to his cell phone from 844-836-7228.

50. This call was not answered, but a pre-recorded voicemail was left stating:

"This is Diane Nelson calling from Diversified Adjustment Service. Please contact me at 844-836-7228."[17]

51. Plaintiff Abraham believes that this voicemail was pre-recorded because it is identical to all the other voicemails he received from Diversified Adjustment Service.

52. In addition, other consumers posted that they received pre-recorded voicemails from the Defendant, including:

This voicemail contains the same pre-recorded message that Plaintiff Abraham received:

---

[17] https://www.dropbox.com/scl/fi/53x7k2ste22qooz1rlpix/18448367228_136104250165732293060 8.amr?rlkey=ikaqk33n1ucigu02r003o6s2s&dl=0



Other consumers posted messages online about pre-recorded calls they received from the Defendant, from the agent Diane Nelson, including:

- "A lady by the name of Diane Nelson called. She said it was from Diversify Corp and told me to wait on line until she looked some info up. Right away I knew it was a scram. I hung up immediately. *(robocall / recorded message)*"[20]

- "Left msg saying, This is Diane Nelson calling from diversified adjustment service . Please contact me at 8 4 4- 3 4 9- 2 2 0 4 .…".[21]
  I don't have any overdue bills, so blocked both numbers."

- In response to the above message, somebody wrote: "Same thing"[22]

- "Same thing happened here... phone never rang & I received 2 identical messages in 2 days saying "This is Diane Nelson with Diversified Adjustment Service", telling me to call back at 844)349-2202! Needless to say I wont"[23]

53. Plaintiff Abraham also received a call to his cell phone number from 844-836-7228 on July 31, 2024 at 9:23 AM.

---

[18] https://www.nomorobo.com/lookup/844-836-7228
[19] https://nomorobo-twilio-recordings.s3.amazonaws.com/honeypot/18678fe2-534c-11ef-b993-0050569b5702
[20] https://callfilter.app/18443492204
[21] https://800notes.com/Phone.aspx/1-844-349-2204
[22] *Id.*
[23] https://800notes.com/Phone.aspx/1-844-349-2202/2

54. On August 13, 2024 at 12:32 PM, Plaintiff Abraham received a call to his cell phone from 844-836-7228.

55. When Plaintiff Abraham answered this call, he heard a pre-recorded message say, "Please hold while we connect you to a representative."

56. Plaintiff Abraham stayed on the line to speak to a live agent, but the call was disconnected after 30 seconds:



57. On August 29, 2024 at 9:08 AM, Plaintiff Abraham received a call to his cell phone from 844-836-7228.

58. When Plaintiff Abraham answered this call, he heard a pre-recorded message say, "Please hold while we connect you to a representative."

59. Plaintiff Abraham stayed on the line to speak to a live agent, but the call was disconnected after 33 seconds:



*Figure 1 - August 29, 2024*

60. Plaintiff never provided consent for Defendant Diversified Adjustment Service to place pre-recorded calls to his cell phone number.

61. Plaintiff Abraham does not have any debts.

62. The unauthorized telephone calls and voicemails that Plaintiff received from or on behalf of Defendant has harmed Plaintiff Abraham in the form of annoyance, nuisance, and invasion of privacy, occupied his phone memory, and disturbed the use and enjoyment of his phone.

63. Seeking redress for these injuries, Plaintiff Abraham, on behalf of himself and a Class of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

64. Plaintiff Abraham brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

> **Pre-recorded No Consent Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) the Defendant called on their cellular telephone number (2) using an artificial or pre-recorded voice.

65. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Abraham anticipates the need to amend the Class definition following appropriate discovery.

66. **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable, and Plaintiff is a member of the Class.

67. **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

    (a) whether Defendant placed pre-recorded voice message calls to Plaintiff and members of the Pre-recorded No Consent Class without first obtaining consent to make the calls;

    (b) whether the calls constitute a violation of the TCPA;

    (c) whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

68. **Adequate Representation**: Plaintiff Abraham will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Abraham has no interests antagonistic to those of the Class, and the Defendant has no defenses unique to Plaintiff. Plaintiff Abraham and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Abraham nor his counsel have any interest adverse to the Class.

69. **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and

Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Abraham. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**FIRST CLAIM FOR RELIEF**
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Abraham and the Pre-recorded No Consent Class)**

70. Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

71. Defendant transmitted unwanted telephone calls to Plaintiff Abraham and the other members of the Pre-recorded No Consent Class using a pre-recorded voice message.

72. These pre-recorded voice calls were made *en masse* without the prior express written consent of the Plaintiff and the other members of the Pre-recorded No Consent Class.

73. The Defendant has, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendant's conduct, Plaintiff and the other members of the Pre-recorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff as the representative of the Class; and appointing his attorneys as Class Counsel;

b) An award of actual and/or statutory damages and costs;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to cease all pre-recorded calling activity that is done without proper consent, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff Abraham requests a jury trial.

MICHAEL ABRAHAM, individually and on behalf of all others similarly situated,

DATED this 8th day of October 2024.

CHESTER LAW PLLC

By: /s/ Anthony P. Chester
Anthony P. Chester # 0396929
8400 Normandale Lake Blvd, Ste. 920
Bloomington, MN 55437
(612) 488-2110
tony@chester.law

Avi R. Kaufman*
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Pro hac vice motion forthcoming

*Attorneys for Plaintiff and the putative Class*