## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Abraham,                                    Civ. No. 24-3851 (JWB/SGE)

                    Plaintiff,

v.
                                                    **ORDER FOR DISMISSAL**

Diversified Adjustment Services, Inc.,


                    Respondent.


The plaintiff and Diversified Adjustment Services, Inc. have filed a Stipulation of Dismissal (Doc. No. 20). Based on that Stipulation, Diversified Adjustment Services, Inc. is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERD ACCORDINGLY.**


Dated: January 31, 2025               *s/ Jerry W. Blackwell*
                                      JERRY W. BLACKWELL
                                      United States District Court Judge

2924879