# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Michael Abraham | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 24-cv-03851-JWB-SGE |
| Diversified Adjustment Services, Inc. | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The plaintiff and Diversified Adjustment Services, Inc. have filed a Stipulation of Dismissal (Doc. No. 20). Based on that Stipulation, Diversified Adjustment Services, Inc. is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 2/3/2025                                                                              KATE M. FOGARTY, CLERK